UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of the United States of America for Search and Seizure Warrants for (1) the Premises Known and Described as 2455 Frederick Douglas Ave Apartment 1B, New York, New York, and Any Closed Containers/Items Contained Therein; and (2) the Person of David Mondore | **20 MAG 8579** |

## GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANTS AND RELATED DOCUMENTS

1. On August 13, 2020, the Court issued two search warrants (collectively, the "Search Warrants"), which authorized searches of, respectively, (1) 2455 Frederick Douglas Ave., Apt. 1B, New York, New York; and (2) the person of David Mondore ("Mondore"). The Search Warrants are attached hereto as Exhibits A and B, respectively, and incorporated by reference within. The Application for a Warrant by Telephone or Other Reliable Electronic Means (the "Application") and Agent Affidavit in Support of Application for Search and Seizure Warrants are attached hereto as Exhibit C, collectively, and incorporated by reference within. At the Government's request, the Court sealed the Search Warrants and any papers submitted in support of the Application.

2. On August 27, 2020, the Federal Bureau of Investigation executed the Search Warrants and arrested Mondore based on a criminal complaint (the "Complaint") pending against him in the United States District Court for the Western District of New York. The Complaint is based on the same facts underlying the Application. The Government therefore requests that the Court unseal the Search Warrants and any papers submitted in support of the Application so that the Government can share those documents with Mondore as part of discovery.

DATED: New York, New York, August 31, 2020.

          AUDREY STRAUSS
          Acting United States Attorney

BY:   /s/ Kaylan E. Lasky
       KAYLAN E. LASKY
       Assistant United States Attorney
       United States Attorney's Office
       Southern District of New York
       917-654-1206
       kaylan.lasky@usdoj.gov

**SO ORDERED.**

DATED: New York, New York, August 31, 2020

_____
JAMES L. COTT
United States Magistrate Judge